# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| JANIS BROWNE, AS PERSONAL REPRESENTATIVE FOR SHENIKA GORE<br><br>AND<br><br>JEANEISHA MCFARLANE,<br><br>    Plaintiffs,<br><br>v.<br><br>GENERAL MOTORS, LLC,<br><br>    Defendant. | Case No.: 1:16-cv-00085<br><br><br><br><br><br><br><br>**ACTION FOR DAMAGES**<br><br><br><br>JURY TRIAL DEMANDED |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that Plaintiffs, Janis Browne, as Personal Representative for Shenika Gore and Jeaneisha McFarlane, hereby give notice that they served their Request for Production of Documents Addressed to Defendant General Motors, LLC on counsel for Defendants by electronic mail and U.S. Mail.

Respectfully submitted,

Dated: September 19, 2018

*/s/ Ryan W. Greene*
Ryan W. Greene, Esq.
VI Bar No. 839
15-B Norre Gade
P.O. Box 1197
Charlotte Amalie, St. Thomas
U.S. Virgin Islands 00804
Telephone: (340) 715-5297
Fax: (888) 519-7138
ryan@ryan-greene.com

**JANIS BROWNE, ET. AL. VS. GENERAL MOTORS, LLC, ET. AL. – CASE NO: 1:16-CV-00085**
Notice of Service of Plaintiffs' Request for Production Addressed to Defendant General Motors, LLC
Page 2

| | |
|---|---|
| Dated: September 19, 2018 | */s/ Jeffrey P. Goodman* |
| | Jeffrey P. Goodman, Esq. |
| | One Liberty Place |
| | 52nd Floor, 1650 Market Street |
| | Philadelphia, PA 19103 |
| | Telephone: (215) 575-2970 |
| | jgoodman@smbb.com |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 19th day of September, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following, and that I sent the filing to all non-filer users via U.S. Mail, postage prepaid:

Daryl Barnes, Esq.
Barnes & Neil, LLP
1134 King Street, Second Floor
P.O. Box 224589
Christiansted, VI 00822
dbarnes@barnesneil.com


*/s/ Ryan W. Greene*