## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| JANIS BROWNE, AS PERSONAL REPRESENTATIVE FOR SHENIKA GORE AND JEANEISHA MCFARLANDE,<br><br>Plaintiff,<br><br>v.<br><br>GENERAL MOTORS, LLC<br><br>Defendant. | Case No.: 1:16-CV-00085-WAL-GWC<br><br><br><br>**ACTION FOR DAMAGES**<br><br><br><br>JURY TRIAL DEMANDED |

## NOTICE OF PRODUCTION

**COMES NOW** Plaintiffs Janis Browne, as Personal Representative for Shenika Gore, and Jeaneisha McFarlande, by and through the undersigned counsels, and hereby gives notice of production of documents to Defendant General Motors, LLC as follows:

1. Authorizations executed by Janis Browne, as Personal Representative for Shenika Gore bates stamped Pls003145 – Pls003156.

2. Authorizations executed by Jeaneisha McFarlande bates stamped Pls003157 – Pls003174.

Respectfully submitted,

Dated: November 16, 2018

*/s/ Ryan W. Greene*
Ryan W. Greene, Esq.
VI Bar No. 839
15-B Norre Gade
P.O. Box 1197
Charlotte Amalie, St. Thomas
U.S. Virgin Islands 00804
Telephone: (340) 715-5297
Fax: (888) 519-7138
ryan@ryan-greene.com
*Counsel for Plaintiffs*

| | |
|---|---|
| Dated: November 16, 2018 | */s/ Jeffrey P. Goodman* <br> Jeffrey P. Goodman, Esq. <br> One Liberty Place <br> 52nd Floor, 1650 Market Street <br> Philadelphia, PA 19103 <br> Telephone: (215) 575-2970 <br> jgoodman@smbb.com <br> **Counsel for Plaintiffs** |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 16, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following, and that I sent the filing to all non-filer users via U.S. Mail, postage prepaid:

**Daryl C. Barnes, Esq.**
**Paul R. Neil, Esq.**
Barnes & Neil, LLP
1134 King Street, 2nd Floor
P.O. Box 224589
Christiansted, VI  00822
Telephone: (340) 773-2785
Facsimile: (340) 773-5427
dbarnes@barnesneil.com
pneil@barnesneil.com

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Ryan W. Greene*