IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | | |
|---|---|---|
| **JANIS BROWNE, AS PERSONAL REPRESENTATIVE FOR SHENIKA GORE,** | § § § § | Case No.: 1:16-cv-00085-WAL-GWC |
| **AND** | § § | |
| **JEANEISHA MCFARLANE** Plaintiffs, | § § § | ACTION FOR DAMAGES |
| v. | § § | |
| **GENERAL MOTORS, LLC** Defendant. | § § § | JURY TRIAL DEMANDED |

## NOTICE OF SERVICE

Defendant GENERAL MOTORS, LLC, through undersigned counsel, hereby gives notice that on April 30, 2019, it served its Second Supplemental Disclosure pursuant to the Fed. R. Civ. P. 26(a)(1) upon counsel for plaintiffs.

Respectfully submitted,

Dated: April 30, 2019

/s/Paul R. Neil
**PAUL R. NEIL, ESQ.**
V.I. Bar No. 2027
pneil@barnesneil.com
**Barnes & Neil, LLP**
1134 King Street, 2nd Floor
Christiansted, VI 00820
Phone:     (340) 773-2785
Fax:   (340) 773-5427

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 30th day of April, 2019 I caused a true and correct copy of the foregoing document to be filed with the Court's CM/ECF Electronic Filing System, which should send a Notification (NEF) upon the following counsel of record:

Ryan W. Greene, Esq.
15-B Norre Gade
P.O. Box 1197
Charlotte Amalie, St. Thomas
U.S. Virgin Islands 00804
Telephone: (340) 715-5297
Fax: (888) 519-7138
ryan@ryan-greene.com

Jeffrey P. Goodman, Esq.
One Liberty Place, 52nd Floor
1650 Market Street
Philadelphia, PA 19103
Telephone: (215) 575-2970
jgoodman@smbb.com

                                              */s/Paul R. Neil*