**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**

**DIVISION OF ST. CROIX**

| | |
|---|---|
| JANIS BROWNE, AS PERSONAL REPRESENTATIVE FOR SHENIKA GORE, AND JEANEISHA MCFARLANE<br><br>Plaintiffs,<br><br>v.<br><br>GENERAL MOTORS, LLC,<br><br>Defendant. | Case No. 1:16-cv-00085<br><br>ACTION FOR DAMAGES<br><br>JURY TRIAL DEMANDED |

**NOTICE OF SETTLEMENT**

Defendant General Motors ("GM"), through its attorneys, hereby gives notice that the parties have resolved their differences by way of settlement. Dismissal papers will be filed with the Court once any remaining settlement steps are completed and the formal settlement documents are executed.

Respectfully submitted,

BARNES & NEIL, LLP
1134 King Street, 2nd Floor
Christiansted, VI 00820
Tel: (340) 773-2785/Fax: 773-5427

Dated: July 30, 2019 By: *______/s/ Paul R. Neil______*

Paul R. Neil, Esq.; VI Bar No. 2027
pneil@barnesneil.com
*Attorneys for General Motors, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 30, 2019, I caused a true and exact copy of the foregoing document to be filed with the Court's CM/ECF system, which will automatically send a notification (NEF) to the following:

Ryan W. Greene, Esq.
P.O. Box 1197
St. Thomas, VI 00802

Jeffrey P. Goodman, Esq.
One Liberty Place, 52nd Floor
1650 Market Street
Philadelphia, PA 19103
*Counsel for Plaintiffs*

/s/ *Paul R. Neil*