**DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS AND ST. JOHN**

**JANIS BROWNE, AS PERSONAL PERSONAL REPRESENTATIVE FOR SHENIKA GORE and JEANEISHA MCFARLANE,**

**Plaintiffs,**

**v.**

**GENERAL MOTORS, LLC; ATLANTIC RESEARCH CORPORATION; ARC AUTOMATIVE, INC.; AUTOLIV, INC.; KM&I CO. LTD.; FAURECIA; FAURECIA NORTH AMERICA; and FAURECIA NAO, INC.**

**Defendants.**

**Civil Action No. 2016-0085**

**Attorneys:**
**Ryan W. Greene, Esq.,**
St. Thomas, U.S.V.I.
**Jeffrey P. Goodman, Esq.,**
Philadelphia, PA
*For Plaintiffs*

**Daryl C. Barnes, Esq.,**
St. Croix, U.S.V.I.
**Paul R. Neil, Esq.,**
St. Croix, U.S.V.I.
**Cheryl A. Bush, Esq.,**
Troy, MI
**Ryan S. Jones, Esq.,**
Plano, TX
**Suzanne H. Swaner, Esq.,**
Plano, TX
*For Defendant General Motors, LLC*

**Jennifer Quildon Brooks, Esq.,**
Miami, FL
*For Defendants Atlantic Research Corporation and ARC Automotive, Inc.*

**Mark D. Hodge, Esq.,**
St. Thomas, U.S.V.I.
*For Defendant KM&I Co. Ltd.*

**Emily A. Shoup, Esq.,**
St. Croix, U.S.V.I.
*For Defendants Faurecia, Faurecia North America, & Faurecia NAO, Inc*

**ORDER**

THIS MATTER comes before the Court on the "Stipulation of Dismissal" (Dkt. No. 146), executed by Plaintiff Janis Browne, as personal representative for Shenika Gore and Jeaneisha McFarlane, and Defendant General Motors, LLC. In the Stipulation, these parties agree to dismiss the instant case, with prejudice, with each party to bear its own attorneys' fees and costs. *Id.*

**UPON CONSIDERATION** of the foregoing, and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii),[1] it is hereby

**ORDERED** that the Stipulation of Dismissal (Dkt. No. 146) is **ACCEPTED**; and it is further

**ORDERED** that the Stipulation of Dismissal serves to **DISMISS WITH PREJUDICE** Plaintiffs' claims against Defendant General Motors, LLC, with each party to bear its own attorneys' fees and costs; and it is further

[1] The claims against Defendants Atlantic Research Corporation, ARC Automotive, Inc., Autoliv, Inc., and KM&I Co., Ltd, Faurecia, Faurecia North America, and Faurecia NAO, Inc. were previously dismissed with prejudice. (Dkt. Nos. 67, 71, 73, 74).

**ORDERED** that, with no further claims remaining in the action, the Clerk of Court is directed to mark this case **CLOSED**.

**SO ORDERED.**

Date: October 31, 2019

_______/s/________
WILMA A. LEWIS
Chief Judge